IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kathy Juanita Reaves | ) | |
| | ) | C.A. No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Kathryn M. Crews, Individually and | ) | |
| Professionally, Cathy Hazelwood, Individually | ) | |
| and Professionally; State Department of | ) | |
| Education | ) | |
| | ) | |
| Defendants. | ) | |

TO:     THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

Pursuant to 28 U.S.C. § 1441(a) and (b), Defendants file this Notice of Removal to remove this action from the Court of Common Pleas for Richland County, South Carolina, to the United States District Court for the District of South Carolina, and state:

1.      This action was commenced in the Court of Common Pleas for Richland County, South Carolina, on September 2, 2021, by filing of the Summons and Complaint, and an Amended Complaint was subsequently filed on September 14, 2021. The Summons and Complaint and Amended Complaint, copies of which are attached, were thereafter served on Defendants on September 21, 2021. Defendants filed a Motion to Dismiss on October 7, 2021, and a Motion to Stay Discovery on February 23, 2022. Plaintiff filed a Response to Defendants' Motion to Stay on March 2, 2022 ("Response"), raising for the first time her intent to pursue claims arising under federal law.  In particular, Plaintiff alleges the following in her Response: "This is a civil right action in which Teacher seeks relief for the violation of her rights secured by 42 USC 1983, 1988, 18 USC 241, 18 USC 242, Privacy Act of 1974, and the Fourth and the

Fourteenth Amendments to the United States Constitution." *Response*, ¶ 1.

2.      This court has original and removal jurisdiction under 28 U.S.C. §§ 1331, 1343 and 1441(a) and (b). In particular, the court has jurisdiction under 28 U.S.C. §§ 1331, 1343, and 1441(a) and (b) in that Plaintiff has expressed her intent to pursue claims in this action arising under the Constitution and laws of the United States, specifically, violations of Civil Rights 42 U.S.C. §1983, 42 U.S.C. § 1988, 18 U.S.C. § 241, 18 U.S.C. § 242, the Privacy Act of 1974, 5 U.S.C. § 552(a), and for alleged violations of the Fourth and Fourteenth Amendments to the United States Constitution.

3.      This Notice of Removal is filed within thirty (30) days after Defendants received notice of Plaintiff's Response from which they first ascertained that the case is one which has become removable and is therefore timely under 28 U.S.C. § 1446(b)(3).

4.      Copies of all pleadings and papers served on Defendants to date are attached and filed with this Notice of Removal.

5.      Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.

6.      A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Court of Common Pleas for Richland County, South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, Defendants remove this action to this Court's jurisdiction.

2

Respectfully submitted,

s/ R. Hayne Hodges
R. Hayne Hodges, III (FID # 9663)
L. Marshall Coleman Newton (ID # 78707)
GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
900 Elmwood Avenue, Suite 100
Columbia, South Carolina  29201
Phone: (803) 799-9311 / Fax:  (803) 254-6951
hhodges@gsblaw.net
mnewton@gsblaw.net

ATTORNEYS FOR DEFENDANTS

March 7, 2022

Columbia, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kathy Juanita Reaves | ) | |
| | ) | C.A. No. |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| Kathryn M. Crews, Individually and | ) | |
| Professionally, Cathy Hazelwood, | ) | |
| Individually and Professionally; State | ) | |
| Department of Education | ) | |
| | ) | |
| Defendants. | ) | |

This is to certify that I have this date caused to be served a copy of the foregoing Notice

of Removal thereto on pro se Plaintiff by deposit in the United States Mail, First Class, postage

prepaid, addressed to:

> Ms. Kathy Juanita Reaves
> 906 North Smith Street
> Mullins, SC 29574

> s/ R. Hayne Hodges
> R. Hayne Hodges, III (FID # 9663)
> L. Marshall Coleman Newton (ID # 78707)
> GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
> 900 Elmwood Avenue, Suite 100
> Columbia, South Carolina  29201
> Phone: (803) 799-9311 / Fax:  (803) 254-6951
> hhodges@gsblaw.net
> mnewton@gsblaw.net

March 7, 2022

Columbia, South Carolina          ATTORNEYS FOR DEFENDANTS