UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kathy Juanita Reaves, | Case No. 3:22-cv-00732-TLW-TER |
| PLAINTIFF | |
| v. | **Order** |
| Kathryn M. Crews, et al., | |
| DEFENDANTS | |

Plaintiff Kathy Juanita Reaves, proceeding pro se, filed this civil action against Defendants Kathryn M. Crews, Cathy Hazelwood, and State Department of Education in South Carolina state court, and Defendants removed the case to federal court. ECF Nos. 1, 1-6. Plaintiff then filed a motion to remand. ECF No. 19. The matter now comes before the Court for review of the Report and Recommendation (Report) filed by the magistrate judge to whom this case was assigned. ECF No. 25.

In the Report, the magistrate judge recommends that Plaintiff's motion to remand be granted because although she said in response to another motion that her case involved various federal claims, she did not raise any federal claims in her amended complaint. *See id.* at 6–7. Defendants did not object to the Report. This matter is now ripe for decision.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any

1

explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report. For the reasons stated by the magistrate judge, the Report, ECF No. 25, is **ACCEPTED**, and Plaintiff's motion to remand, ECF No. 19, is **GRANTED**. This case is **REMANDED** to the Richland County Court of Common Pleas.

**IT IS SO ORDERED**.

                                              *s/ Terry L. Wooten*
                                              Terry L. Wooten
                                              Senior United States District Judge

July 11, 2022
Columbia, South Carolina